February 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

KIM BRUCE MATHIS, Appellant

NO. 14-11-01058-CR                    V.

THE STATE OF TEXAS, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on .  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.